**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| LHF PRODUCTIONS, INC., | : |
| | : |
| *Plaintiff,* | : |
| v. | : |
| | : Civil Action No.: 16-cv-02114-ARR-PK |
| BITTORRENT USERS: | : |
| DOE – 47.16.121.183, Shanika Belgrave, | : |
| DOE – 24.228.210.116, Paula Newman, and | : |
| DOE – 24.47.140.138; | : |
| | : |
| *Defendants.* | : |
| | : |

**[PROPOSED] JUDGMENT AND PERMANENT INJUNCTION**

This matter comes before the Court upon motion by LHF Productions, Inc. ("LHF") for a

default judgment against defendants Paula Newman and Shanika Belgrave for failure to answer

or otherwise defend against the Amended Complaint (D.I. 18).  This Court, having considered

the motion, LHF's memorandum of law in support of its motion and the supporting Declaration

of Bryan N. DeMatteo with accompanying exhibits, together with the pleadings, records, and

papers filed herein, concludes that the motion should be granted and enters the following

JUDGMENT:

(1)     On March 6, 2017, a Certificate of Default (D.I. 35) was issued by the Clerk of the

        Court noting the default of Defendants Paula Newman and Shanika Belgrave for

        failing to answer or otherwise move with respect to the Amended Complaint (D.I.

        18);

(2)     Defendant Paula Newman has willfully infringed LHF's rights in violation of 17

        U.S.C. §§ 101 *et seq.*;

(3)    Defendant Paula Newman's conduct has been willful, intentional, and in disregard of and indifferent to LHF's rights, and such conduct caused harm to LHF and deprived LHF of income;

(4)    Upon this record, the Court finds that statutory damages pursuant to 17 U.S.C. § 504 are proper both to compensate LHF and to provide notice to others as a deterrent, and **AWARDS** statutory damages to LHF and against Defendant Paula Newman severally in the amount of $10,000 pursuant to 17 U.S.C. § 504 and as notice to the general public that LHF's claims and these proceedings are not to be disregarded or ignored;

(5)    Defendant Paula Newman is **PERMANENTLY ENJOINED** from directly or indirectly infringing LHF's rights as to the motion picture *London Has Fallen*, identified in the Amended Complaint, including without limitation using the Internet to reproduce, to distribute, to copy, or to publish *London Has Fallen*, except pursuant to a lawful license from LHF;

(6)    Defendant Paula Newman is **ORDERED** to delete any unlicensed copy of the motion picture *London Has Fallen* in her possession or control;

(7)    Defendant Paula Newman is **ORDERED** to refrain from knowingly and willfully using the BitTorrent network or the Internet for copying or downloading content in violation of U.S. copyright law;

(8)    Defendant Shanika Belgrave has willfully infringed LHF's rights in violation of 17 U.S.C. §§ 101 *et seq.*;

(9)    Defendant Shanika Belgrave's conduct has been willful, intentional, and in disregard of and indifferent to LHF's rights, and such conduct caused harm to LHF and deprived LHF of income;

2

(10)   Upon this record, the Court finds that statutory damages pursuant to 17 U.S.C. § 504 are proper both to compensate LHF and to provide notice to others as a deterrent, and **AWARDS** statutory damages to LHF and against Defendant Shanika Belgrave severally in the amount of $10,000 pursuant to 17 U.S.C. § 504 and as notice to the general public that LHF's claims and these proceedings are not to be disregarded or ignored;

(11)   Defendant Shanika Belgrave is **PERMANENTLY ENJOINED** from directly or indirectly infringing LHF's rights as to the motion picture *London Has Fallen*, identified in the Amended Complaint, including without limitation using the Internet to reproduce, to distribute, to copy, or to publish *London Has Fallen*, except pursuant to a lawful license from LHF;

(12)   Defendant Shanika Belgrave is **ORDERED** to delete any unlicensed copy of the motion picture *London Has Fallen* in her possession or control; and

(13)   Defendant Shanika Belgrave is **ORDERED** to refrain from knowingly and willfully using the BitTorrent network or the Internet for copying or downloading content in violation of U.S. copyright law.


IT IS SO ORDERED AND ADJUDGED.

Signed on this _____ day of _____, 2017, at Brooklyn, New York.



By: _____
        UNITED STATES DISTRICT JUDGE